**Order entered March 26, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01297-CV

**ERICA WHITLOCK, JERRAMY JAY BOYLES, AND WALTER GALE "TREY" BOYLES, Appellants**

**V.**

**CSI RISK MANAGEMENT, LLC, Appellee**

**On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-05743**

### ORDER

Before the Court is appellants' March 23, 2020 second request for additional time to file appellants' opening brief. We **GRANT** the motion and **ORDER** appellants' opening brief to be filed on or before May 6, 2020.

/s/    BILL WHITEHILL
      JUSTICE